UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
LAURENCE F. DOUD III,                              :
                                                   :          6:18-cv-06557-FPG
                       Plaintiff,                  :
-v.-                                               :
                                                   :
ROCHESTER DRUG CO-OPERATIVE, INC.                  :
AND JOSEPH BRENNAN,                                :
                                                   :
                       Defendants.                 :
------------------------------------------------------------ x
ROCHESTER DRUG CO-OPERATIVE, INC.                  :
                                                   :
                       Counterclaim Plaintiff,     :
                                                   :
-v.-                                               :
                                                   :
LAURENCE F. DOUD III,                              :          **STIPULATION OF DISMISSAL**
                                                   :
                       Counterclaim Defendant,     :
                                                   :
------------------------------------------------------------
LAURENCE F. DOUD III,                              x
                                                   :
                       Third-Party Plaintiff,      :
                                                   :
-v.-                                               :
                                                   :
THE BOARD OF DIRECTORS OF                          :
ROCHESTER DRUG CO-OPERATIVE, INC.                  :
                                                   :
and                                                :
                                                   :
DONALD ARTHUR, CHRISTOPHER CASEY,                  :
STEPHEN GIROUX, RICHARD KLENK,                     :
SHERWOOD KLEIN, JOE LECH,                          :
BORIS MANTELL, SCOTT MISKOVSKY,                    :
GARRY MROZEK, AND PAUL PAGNOTTA, in                :
their individual capacities and as members the     :
BOARD OF DIRECTORS OF ROCHESTER                    :
DRUG CO-OPERATIVE, INC.,                           :
                                                   :
                       Third-Party Defendants.     :
------------------------------------------------------------ x

Plaintiff/Third-Party Plaintiff/Counterclaim Defendant Laurence F. Doud III ("Mr. Doud" or "Third-Party Plaintiff"), by and through his undersigned counsel, and Third-Party Defendant the Board of Directors of Rochester Drug Co-Operative, Inc. (the "RDC Board of Directors" or "Third-Party Defendant"), by and through its undersigned counsel, hereby stipulate that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to the RDC Board of Directors.

For the avoidance of doubt, this stipulation is not intended to dismiss this action as against the members of the RDC Board of Directors being sued in their individual capacities and as members of the RDC Board of Directors.

*[Remainder of page intentionally left blank.]*

GOTTLIEB & JANEY LLP

By: /s/ Derrelle M. Janey                                    Dated: 1/22/2019
Derrelle M. Janey

111 Broadway, Suite 701
New York, New York 10006
Tel.: (212) 566-7766
Fax: (212) 374-1506
Email: djaney@gottliebjaney.com

*Counsel for Plaintiff, Counterclaim Defendant
and Third-Party Plaintiff Laurence F. Doud III*

HARTER SECREST & EMERY LLP

By: /s/ Brian M. Feldman                                   Dated: 1/22/2019
Brian M. Feldman

1600 Bausch & Lomb Place
Rochester, NY 14604-2711
Tel.: (585) 231-1201
Fax: (585) 232-2152
Email: bfeldman@hselaw.com

*Counsel for Third-Party Defendant Board of
Directors of Rochester Drug Co-Operative, Inc., and
Defendant and Counterclaim Plaintiff Rochester Drug Co-Operative, Inc.*

ROTHENBERG LAW

By: /s/ David Rothenberg                                  Dated: 1/22/2019
David Rothenberg

45 Exchange Boulevard, Suite 800
Rochester, New York 14614
Tel.: (585) 232-1946
Fax: (585) 232-4746
Email: david@rothenberglawyers.com

*Counsel for Individual Third-Party Defendants,
and Defendant Joseph Brennan*

SO ORDERED THIS 22 DAY OF Jan 20 19

_____
HON. FRANK P. GERACI, JR.
Chief U.S. District Judge

-3-